B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF TEXAS

In re <u>Antonietta Rosita Pillot ; ,</u>        Case No. <u>14-52519</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus | Ocwen Loan Servicing, LLC |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee should be sent:**
Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

**Phone:** _____
**Last Four Digits of Acct #:** XXXX5036

**Court Claim # (if known):** <u>6</u>
**Amount of Claim:** <u>178,230.48</u>
**Date Claim Filed:** <u>02/28/2015</u>

**Phone:** _____
**Last Four Digits of Acct #:**

**Name and Address where transferee payments should be sent (if different from above):**
Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

**Phone:** _____
**Last Four Digits of Acct #:** XXXX5036

I declare under penalty of perjury that the information provided in this notice is true and correct to the best upon my knowledge and belief.

By: /s/ *(signature)*       Date: <u>October 5, 2015</u>
~~Barbara Dunleavy~~ LISA SINGER
Transferee/Transferee's Agent
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Rd. Plainview, NY 11803

*Penalty for making a false statement Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transfer of Claim has been served via Electronic Case Filing on the following parties:

J. Todd Malaise, Esq.
Debtor(s) Attorney

Mary K Viegelahn Esq
Chapter 13 Trustee

October 6 2015

                                                  Jenna Venturini