UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                                                      CASE NO. 14-52519 G
                                                       CHAPTER 13

ANTONIETTA ROSITA PILLOT

                                                      JUDGE CRAIG A. GARGOTTA

                DEBTOR                          **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Mary K. Viegelahn files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

| **Name of Creditor:** | US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES III TRUST |
|---|---|

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 6 | 0817 | $37,952.12 | $37,952.12 | $37,952.12 |
| Total Amount Paid by Trustee | | | | $37,952.12 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit          **X**   Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 14-52519 G

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 6th day of August, 2019.

| | |
|---|---|
| ANTONIETTA ROSITA PILLOT<br>9610 MEDIATOR PASS<br>CONVERSE, TX  78109 | MALAISE LAW FIRM<br>909 NE LOOP 410 STE 300<br>SAN ANTONIO, TX  78209 |
| US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES III TRUST<br>C/O BSI FINANCIAL SERVICES<br>P O BOX 679002<br>DALLAS, TX  75267-9002 | Ocwen Loan Servicing L<br>1661 Worthington R<br>West Palm Beac, FL  33409 |
| BSI FINANCIAL SERVICES<br>1425 GREENWAY DRIVE, SUITE 400<br>IRVING, TX  75038 | MACKIE WOLF ZIENTZ & MANN PC<br>PARKWAY OFFICE CENTER SUITE 900<br>14160 NORTH DALLAS PARKWAY<br>ATTENTION: MICHAEL ZIENTZ, ATTORNEY<br>DALLAS, TX  75254 |
| OCWEN LOAN SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 24605<br>WEST PALM BEACH, FL  33416-4605 | ROSICKI & ROSICKI & ASSOCIATES<br>51 EAST BETHPAGE ROAD<br>ATTENTION: LISA SINGER<br>PLAINVIEW, NY  11803 |
| BARRETT DAFFIN FRAPPIER TURNER & ENGEL<br>15000 SURVEYOR BLVD., SUITE 100<br>ADDISON, TX  75001 | BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP<br>3809 Juniper Trace, Suite 205<br>Attn:Steve Turner<br>Austin, TX  78738-5538 |

United States Trustee

Date: 8/6/2019                                         /s/ Mary K. Viegelahn
                                                       Mary K. Viegelahn
                                                       Chapter 13 Trustee
                                                       10500 Heritage Blvd, Ste. 201
                                                       San Antonio, TX  78216